# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Michael A. Price ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:15cv812 UNA |
| ) | |
| Prudential Insurance Company of America ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

The above styled and numbered case was filed on May 21, 2015.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:15cv00089.

**IT IS FURTHER ORDERED** that cause number 4:15cv812 UNA be administratively closed

Gregory J. Linhares<br>
CLERK OF COURT

Dated: May 21, 2015                                    By: /s/ Katie Spurgeon, Operations Manager

**In all future documents filed with the Court, please use the following case number 1:15cv00089 SNLJ.**